# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| DENA I. UNDERWOOD and CHRIS UNDERWOOD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:14-CV-00544 |
| BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | Judge John T. Nixon Magistrate Judge Joe Brown |
| Defendant. | ) | |

## ORDER ON STIPULATION GOVERNING THE
## DESIGNATION OF CONFIDENTIAL MATERIALS

Upon consideration of the parties' Stipulation Governing the Designation and Handling of Confidential Materials and finding good cause thereon, IT IS HEREBY ORDERED that the terms of the Stipulation Governing the Designation and Handling of Confidential Materials shall govern the designation and handling of confidential documents, things, and information produced in this action.

DATED: July 15, 2014

/S/ Joe B. Brown
_____
The Honorable Judge Joe Brown, Magistrate Judge of the United States District Court for the Middle District of Tennessee

**APPROVED FOR ENTRY:**

SHELTON LAW GROUP

By:  /s/ *John R. Shelton by permission*
John R. Shelton (BPRN #013949)
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
Telephone: (502) 409-6460
Fax: (502) 409-6462
rshelton@robsheltonlaw.com

*Attorney for Plaintiffs*

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.

By:  /s/ *Caldwell Collins*
Caldwell Collins (TN Bar # 028452)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
Telephone: (615) 726-5762
Facsimile: (615) 744-5762
cacollins@bakerdonelson.com

J. Carter Thompson, Jr. (MS Bar # 8195)
[Admitted *pro hac vice*]
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone:(601) 351-8942
Facsimile: (601) 974-8942
cthompson@bakerdonelson.com

C. Meade Hartfield
(MS Bar # 102101; AL Bar # 6709R79H; TN Bar # 024987)
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 250-8370
Facsimile: (205) 488-3770
mhartfield@bakerdonelson.com

*Attorneys for Defendant*
***BAXTER HEALTHCARE CORPORATION***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

John R. Shelton
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
rshelton@robsheltonlaw.com

This the 7th day of July, 2014.

                                                /s/ *Caldwell Collins*
                                                OF COUNSEL